**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ANNAMMA JACOB, | : | No. 478 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (CARDONE INDUSTRIES, INC. | : | |
| AND PHOENIX/TRAVELERS | : | |
| INSURANCE COMPANIES), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.